UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JORGE GORIS,

          Petitioner,

  -against-

L. PAYANT, Superintendent,

          Respondent.
----------------------------------------------------------------x

**TRANSFER ORDER**
07-CV-2914 (NGG)

GARAUFIS, United States District Judge.

Petitioner Jorge Goris, incarcerated at Mohawk Correctional Facility, brings this petition *pro se* for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the validity of his 2004 New York County Supreme Court conviction. See People v. Goris, 37 A.D.3d 204 (1st Dept. 2007). Since Petitioner was convicted in New York County Supreme Court, located in the Southern District of New York, the Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of New York. See 28 U.S.C. § 112 (b). Rule 83.1 of the Local Rules of the Eastern District of New York, which requires the Clerk of Court to delay the transfer for five days, is waived.

SO ORDERED.

                                                  /signed/
                                            NICHOLAS G. GARAUFIS
                                            United States District Judge

Dated: Brooklyn, New York
       July 31, 2007